B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Ocimum Biosolutions, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) <br> **41-2067707** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **50 West Watkins Mill Road** <br> **Gaithersburg, MD** <br> ZIP Code **20878** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Montgomery County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Ocimum Biosolutions, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - **None** - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - **None** - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
    Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>Jeffrey M. Carbino (DE No. 4062)<br>Printed Name of Attorney for Debtor(s)<br>Thorp Reed & Armstrong LLP<br>Firm Name<br>824 N. Market Street, Suite 710<br>Wilmington, DE 19801<br>Address<br>(302) 250-4750<br>Telephone Number<br>10/16/2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Anuradha Acharya<br>Printed Name of Authorized Individual<br>Chief Executive Officer<br>Title of Authorized Individual<br>10/16/2011<br>Date | Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| OCIMUM BIOSOLUTIONS, INC.[1] | ) | |
| | ) | Case No. 11-_____ (___) |
| Debtors. | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following is the list of creditors holding the twenty (20) largest unsecured claims against the above captioned debtor and debtor in possession (the "Debtor") (the "List of Creditors"). The List of Creditors reflects estimated amounts owed by the Debtor as of the Petition Date. The List of Creditors is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case.

The inclusion or exclusion of any party to this List of Creditors shall not constitute an admission by, nor be binding on, the Debtor in any respect. The Debtor expressly reserves the right to, in its sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputes, or subject to setoff* | (5) *Amount of claim* |
|---|---|---|---|---|
| BMR 50 West Watkins Mill LLC<br>One Main Street, Fifth Floor<br>Cambridge MA 02412 | Michael A Bodendorf<br>BMR 50 West Watkins Mill LLC<br>One Main Street, Fifth Floor<br>Cambridge MA 02412<br>617-551-5938 | Trade Debt | N/A | $695,146.01 |
| Internal Revenue Service<br>115210 Georgia Avenue<br>Wheaton MD 20902 | Attn: Tax Officer<br>Internal Revenue Service<br>115210 Georgia Avenue<br>Wheaton MD 20902 | Withholding Tax | N/A | $669,080.00 |

---

[1] The last four digits of the Debtor's federal tax identification number are xx-xxx7707.

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputes, or subject to setoff | (5)<br><br>Amount of claim |
|---|---|---|---|---|
| Social Security Administration<br>Windsor Park Building<br>6401 Security Boulevard<br>Baltimore, MD 21235 | Social Security Administration<br>Windsor Park Building<br>6401 Security Boulevard<br>Baltimore, MD 21235 | Social Security Tax | N/A | $478,447.00 |
| State of Maryland<br>301 Preston Street<br>Baltimore, MD 21201 | State of Maryland<br>301 Preston Street<br>Baltimore, MD 21201 | State Tax | N/A | $186,493.00 |
| Medicare<br>7500 Security Boulevard<br>Baltimore, MD 21244-1850 | Medicare<br>7500 Security Boulevard<br>Baltimore, MD 21244-1850 | Medicare | N/A | $131,422.00 |
| Anurag Acharya<br>10677 Wilkins Avenue, Apt 6<br>Los Angeles, CA 90024 | Anurag Acharya<br>10677 Wilkins Avenue, Apt 6<br>Los Angeles, CA 90024<br>310-441-0956 | Loan | N/A | $120,000.00 |
| Constellation New Energy<br>9960 Corporate Campus Drive<br>Suite 2000<br>Louisville, KY 40223-4055 | Clayton Picken<br>Constellation New Energy<br>9960 Corporate Campus Drive<br>Suite 2000<br>Louisville, KY 40223-4055<br>410-470-3047 | Trade Debt | N/A | $90,014.38 |
| Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051 | Vivian NGO<br>Affymetrix, Inc.<br>3420 Central Expressway<br>Santa Clara, CA 95051<br>408-731-5757 | Trade Debt | N/A | $76,617.05 |
| Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue<br>Washington DC 20004 | William T. Porter<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue<br>Washington DC 20004<br>202-739-5597 | Trade Debt | N/A | $60,811.54 |
| Cooley Godward LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 | Cooley Godward LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>415-693-2000 | Trade Debt | N/A | $52,412.87 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputes, or subject to setoff | (5) Amount of claim |
|---|---|---|---|---|
| Pepco<br>Pepco Correspondence Section<br>701 Ninth Street, NW<br>Washington DC 20068-0001 | Pepco<br>Pepco Correspondence Section<br>701 Ninth Street, NW<br>Washington DC 20068-0001<br>202-833-7500 | Trade Debt | N/A | $44,146.49 |
| State of North Carolina<br>2 South Salisbury Street<br>Raleigh, NC 27626 | State of North Carolina<br>2 South Salisbury Street<br>Raleigh, NC 27626 | State Tax | N/A | $44,095.00 |
| Fisher BioServices, Inc.<br>14665 Rothgeb Drive<br>Rockville MD 20850 | Sylvia Ma<br>Fisher BioServices, Inc.<br>14665 Rothgeb Drive<br>Rockville MD 20850<br>301-315-8512 | Trade Debt | N/A | $34,489.44 |
| SHI International<br>33 Knightsbridge Road<br>Piscataway, NJ 08854 | Joseph Mechetti<br>SHI International<br>33 Knightsbridge Road<br>Piscataway, NJ 08854<br>732-537-7122 | Trade Debt | N/A | $33,953.26 |
| Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren NJ 070509 | Suzanna Bataille<br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren NJ 070509<br>800-372-4822 | Trade Debt | N/A | $33,071.00 |
| W.E. Bowers, Inc.<br>12401 Kiln Court, Suite B<br>Beltsville Maryland 20705 | Mia Snead<br>W.E. Bowers, Inc.<br>12401 Kiln Court, Suite B<br>Beltsville Maryland 20705<br>301-837-2335 | Trade Debt | N/A | $32,205.23 |
| Carlyle and Conlan<br>430 Davis Drive, Suite 230<br>Morrisville NC 27560 | Cody Hamilton<br>Carlyle and Conlan<br>430 Davis Drive, Suite 230<br>Morrisville NC 27560<br>919-424-1499 | Trade Debt | Disputed | $30,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputes, or subject to setoff | (5) Amount of claim |
|---|---|---|---|---|
| Nugen Technologies, Inc.<br>201 Industrial Road, Suite 310<br>San Carlos, CA 94070 | Peter Pontacq<br>Nugen Technologies, Inc.<br>201 Industrial Road, Suite 310<br>San Carlos, CA 94070<br>650-590-3600 | Trade Debt | N/A | $25,000.00 |
| Illumina Inc.<br>9885 Towne Centre Drive<br>San Diego CA 92121-1975 | Cathy Jordan<br>Illumina Inc.<br>9885 Towne Centre Drive<br>San Diego CA 92121-1975<br>858-882-6675 | Trade Debt | N/A | $20,000.00 |
| Carl Zeiss MicroImaging, LLC<br>One Zeiss Drive<br>Thornwood, NY 10594 | Dena Francese<br>Carl Zeiss MicroImaging, LLC<br>One Zeiss Drive<br>Thornwood, NY 10594<br>914-681-7630 | Trade Debt | N/A | $17,377.00 |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                ) Chapter 11
OCIMUM BIOSOLUTIONS, INC.[1]                    )
                                                ) Case No. 11-_____ (___)
        Debtors.                                )
                                                )
_____            )

## DECLARATION REGARDING CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

     I, Anuradha Acharya, Chief Executive Officer of Ocimum Biosolutions, Inc., declare under penalty of perjury, that I have read and reviewed the foregoing List of Creditors Holding the Twenty (20) Largest Unsecured Claims Against the Debtor and that the information included therein is true and correct and to the best of my knowledge, information and belief.

Dated: October 16, 2011

                                                                                                        Anuradha Acharya
                                                                                                        Chief Executive Officer
                                                                                                        Ocimum Biosolutions, Inc.

---

[1] The last four digits of the Debtor's federal tax identification number are xx-xxx7707.

{01294198}

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| OCIMUM BIOSOLUTIONS, INC.[1] | ) | |
| | ) | Case No. 11-_____ (___) |
| Debtors. | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS OF OCIMUM BIOSOLUTIONS, INC.

In accordance with Rules 1007(a)(1), 1007(a)(3), and 7007.1(a) of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following information:

| NAME AND ADDRESS OF EQUITY HOLDERS | INTEREST |
|---|---|
| OCIMUM BIOSOLUTIONS (INDIA), LTD<br>6th Floor, Reliance Classic<br>Road No. 1 Banjara Hills<br>Hyderabad – 500 034 A.P., India | 100% |

---

[1] The last four digits of the Debtor's federal tax identification number are xx-xxx7707.

{01294197}

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                        )
                                              ) Chapter 11
OCIMUM BIOSOLUTIONS, INC[1].                  )
                                              ) Case No. 11-_____ (___)
                    Debtors.                  )
                                              )
_____           )

DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS
OF OCIMUM BIOSOLUTIONS, INC.

I, Anuradha Acharya, Chief Executive Officer of Ocimum Biosolutions, Inc., declare under penalty of perjury, that I have read and reviewed the foregoing List of Equity Security Holders of the Debtor and that the information included therein is true and correct and to the best of my knowledge, information and belief.

Dated: October 16, 2011

*[signature]*

Anuradha Acharya
Chief Executive Officer
Ocimum Biosolutions, Inc.

---

[1] The last four digits of the Debtor's federal tax identification number are xx-xxx7707.

{01294197}

# OCIMUM BIOSOLUTIONS, INC.
## OFFICER'S CERTIFICATE

October 15, 2011

The undersigned, being the duly elected and qualified Chief Executive Officer of Ocimum Biosolutions, Inc., a Delaware corporation (the "Company"), in her capacity as an officer of the Company (and not individually), pursuant to and in accordance with the Bylaws of the Company (the "Bylaws"), does hereby deliver this Officer's Certificate and certifies on behalf of the Company as follows:

1, Attached hereto as Exhibit A is a true, complete, and correct copy of the Unanimous Consent of the Board of Directors of Ocimum Biosolutions, Inc. dated as of October 15 2011, being now in full force and effect, without any modifications in any respect.

IN WITNESS WHEREOF, the undersigned has caused this Officer's Certificate to be executed on behalf of the Company as of the date first written above.

Ocimum Biosolutions, Inc.

By: _____
Name: Anuradha Acharya
Title: Chief Executive Officer

{01294140}

# EXHIBIT A

{01294140}

# UNANIMOUS CONSENT OF THE BOARD OF DIRECTORS

## OF

## OCIMUM BIOSOLUTIONS, INC.

October 15, 2011

The undersigned, being all of the members of the Board of Directors of Ocimum Biosolutions, Inc., a Delaware Corporation (the "Company"), in accordance with the Delaware General Corporation Law, as amended, and the Bylaws of the Company, hereby consent to, approve and adopt the following resolutions:

WHEREAS, the Board of Directors considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's business; and

WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief (the "Chapter 11 Case") under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"):

RESOLVED FURTHER, that Anuradha Acharya, or any other officer of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course of operation of the Company's business;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Thorp Reed & Armstrong, LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Thorp Reed & Armstrong, LLP;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate

{01294140}

retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary;

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that all members of the Board of Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

RESOLVED FURTHER, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Board of Directors;

RESOLVED FURTHER, that this Resolution may be executed in any number of counterparts with the same effect as if all of the directors had signed the same document, and all counterparts shall be construed together and shall constitute one written Consent;

RESOLVED FURTHER, that the Authorized Officer be, and hereby are, authorized, empowered and directed to certify copies of the foregoing resolutions to any person requiring evidence of the action taken and the authority conferred thereby; and

RESOLVED FURTHER, that this Consent be filed in the books and records of the Corporation.

[SIGNATURE PAGE ON FOLLOWING PAGE]

{01294140}

SIGNATURE PAGE TO THE UNANIMOUS CONSENT OF THE BOARD OF DIRECTORS
OF OCIMUM BIOSOLUTIONS, INC.


IN WITNESS WHEREOF, the undersigned have executed this Consent as of the date first written above.

DIRECTORS:

_____[signature]_____

_____

_____

_____

{01294140}