# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| OCIMUM BIOSOLUTIONS, INC.[1] | ) |
| | ) Case No. 11-13310 |
| Debtors. | ) |
| | ) |

## NOTICE OF FILING OF CREDITORS' MATRIX

PLEASE TAKE NOTICE that the above captioned debtor and debtor in possession has today filed the attached **Creditors' Matrix** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

THORP REED & ARMSTRONG, LLP

Dated: October 16, 2011

By: /s/ Jeffrey M. Carbino
Jeffrey M. Carbino   D.E. I.D. No. 4062
824 N. Market Street, Suite 710
Wilmington, DE 19801
Telephone: 302.250.4748
Facsimile:  302.421.9439
jcarbino@thorpreed.com

Proposed Counsel for the Debtor and
Debtor in Possession

---

[1] The last four digits of the Debtor's federal tax identification number are xx-xxx7707.

{01294255}