OCIMUM BIOSOLUTIONS, INC.
50 WEST WATKINS MILL ROAD
GAITHERSBURG, MD 20878

ASTERAND
TECHONE SUITE 501
440 BURROUGHS
DETROIT, Ml 48202-3420

CINTAS DOCUMENT MGMT.
CINTAS FAS LOCKBOX 636525
PO BOX 636525
CINCINNATI, OH 45263-6525

JEFFREY M. CARBINO, ESQ
THORP REED & ARMSTRONG, LLP
824 N. MARKET STREET
SUITE 710
WILMINGTON, DE  19801

AT&T
AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

CIT TECHNOLOGY FIN SERV INC
2116 NETWORK PLACE
CHICAGO, IL 60673-1211

AAF INTERNATIONAL
P.O. BOX 828436
PHILADELPHIA, PA 19182

BARBER OPTICS, INC.
8300 GUILFORD ROAD SUITE E
COLUMBIA, MD 21046

CLONTECH LABORATORIES
1290 TERRA BELLA AVENUE
MOUNTAIN VIEW, CA 94043-1837

AFCO
4501 COLLEGE BOULEVARD
SUITE 320
LEAWOOD, KS 66211

BECKMAN  COULTER, INC.
36 CHERRY HILL DRIVE
DANVERS, MA 01923

COGEN COMMUNICATIONS
1015 31 ST STREET, NW
WASHINGTON, DC 20007

AFFYMETRIX, INC.
3420 CENTRAL EXPRESS
SANTA CLARA, CA 95051

BMR 50 WEST WATKINS MILL LLC
ONE MAIN STREET, 5TH FLOOR
CAMBRIDGE, MA 02412

CONSTELLATION NEW ENERGY  
9960 CORPORATE CAMPUS DR  
SUITE 2000  
LOUISVILLE, KY 40223-4055  

AGENCOURT BIOSCIENCE  
500 CUMMINGS CENTER  
SUITE 2450  
BEVERLY, MA 01915  

BOND WATER TECHNOLOGIES, INC.  
630 E. DIAMOND AVENUE  
SUITE J/K  
GAITHERSBURG, MD 20877  

COOLEY GODWARD, LLP  
101 CALIFORNIA STREET, 5TH FL  
SAN FRANCISCO, CA 94111-5800  

AIR FLOW SERVICES, INC.  
1143 TAFT STREET  
ROCKVILLE, MD 20850  

CARL ZEISS MICROIMAGING, LLC  
ONE ZEISS DRIVE  
THORNWOOD, NY 10594  

CORELL INSTITUTE OF MEDICAL RESEARCH  
403 HADDON AVENUE  
CAMDEN, NJ 08103  

ALLIED WASTE SERVICES #428  
PO BOX 9001099  
LOUISVILLE, KY 40290-1099  

CARLYLE AND CONLAN  
430 DAVIS DRIVE  
SUITE 230  
MORRISVILLE, NC 27560  

CORIEL INSTITUTE  
403 HADDON AVENUE  
CAMDEN, NJ 08103  

ANURAG ACHARYA  
10677 WILKINS AVENUE  
LOS ANGELES, CA 90024  

CAVALIER  
2704 ALT 19  
PALM HARBOR, FL 34683-2639  

FEDEX  
P.O. BOX 371461  
PITTSBURGH, PA 15250-7461  

APPLIED BIOSYSTEMS  
32000 COLLECTIONS CENTER DR  
CHICAGO, IL 60693-0320

CHUBB INSURANCE
CHUBB GROUP OF INSURANCE COM
PO BOX 7777-1630
PHILADELPHIA, PA 19175-1630

FERMENTAS LIFE SCIENCES
798 CROMWELL PARK DRIVE
SUITE R-S
GLEN BURNIE, MD 21061

FISHER BIOSERVICES INC.
14665 ROTHGEB DRIVE
ROCKVILLE, MD 20850

JOHNSON CONTROLS
507 EAST MICHIGAN STREET
MILWAUKEE, WI 53202

FRANK PARSONS INC.
2270 BEAVER ROAD
HYATTSVILLE, MD 20785

NUGEN TECHNOLOGIES INC.
201 INDUSTRIAL ROAD
SUITE 310
SAN CARLOS, CA 94070

KUBERA CROSS-BORDER FUND, L.P.
C/O KUBERA PARTNERS LLC
60 EAST 42ND STREET, SUITE 450
NEW YORK, NY  10165

LINCOLN LIFE INSURANCE
THE LINCOLN NATIONAL LIFE INSURANCE CO.
P.O. BOX 0821
CAROL STREAM, IL 60132-0821

OCCUPATIONAL HEALTH CONSULTATION
15005 SHADY GROVE ROAD
SUITE 450
ROCKVILLE, MD 20850

GENOVATIVE SOLUTIONS
24 CAPTAINS BROW LANE
ACTON, MA 01720

MEDICARE
7500 SECURITY BOULEVARD
WINDSOR MILL, MD 21244-1850

PATHWAY SOLUTIONS INC.
4-37-15 SENGOKU
BUNKYO-KU, TOKYO 112-0011
JAPAN

GREEN FUSSION SERVICES
PO BOX 86714
MONTGOMERY VILLAGE, MD 20886

METRO ENTERPRISES, INC.
19546 CLUB HOUSE ROAD
MONTGOMERY VILLAGE, MD 20886

PEPCO
PEPCO CORRESPONDENCE SECT
701 NINTH STREET, NW
WASHINGTON, DC 20068-0001

HOLOIC INC
35 CROSBY DRIVE
BEDFORD, MA 01730

MILLER'S OFFICE PRODUCTS, INC.
8600 CINDER BED ROAD
LORTON, VA 22079

PERRY, KRUMSIEK & JACK, LLP
1000 POTOMAC STREET, NW
5TH FLOOR
WASHINGTON, DC 20007

ILLUMINA INC.
9885 TOWNE CENTER DRIVE
SAN DIEGO, CA 92121-1975

MORGAN, LEWIS & BOCKIUS, LLP
COUNSELORS AT LAW
1111 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004

PITNEY BOWES INC.
PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 371887
PITTSBURGH, PA 15250-7887

INTERNAL REVENUE SERVICE
11510 GEORGIA AVENUE
SILVER SPRING, MD 20902

PITNEY BOWES PURCHASE POWER
PO BOX 856042
LOUISVILLE, KY 40285-6042

POWER PROTECTION UNLIMITED
9351 PHILADELPHIA ROAD
SUITE A-B
ROSEDALE, MD 21237

J AND J KIRLIN
515 DOVER ROAD
SUITE 2700
ROCKVILLE, MD 20850

NEW ENGLAND BIOLABS INC.
240 COUNTY ROAD
IPSWICH, MA 01938

QIAGEN INC.
27220 TURNBERRY LANE
SUITE 200
VALENCIA, CA 91355-1005

R&D SCIENTIFIC CORPORATION
272 ROUTE
206 BUILDING C, 2ND FLOOR
FLANDERS, NJ 07836

STATE OF MASSACHUSETTS
P.O. BOX 7010
BOSTON, MA 02204

VISION SERVICE PLAN(AT)
FILE #73785
PO BOX 60000
SAN FRANCISCO, CA 94160-3785

R.M. THORNTON, INC.
120 WESTHAMPTON AVENUE
CAPITOL HEIGHTS, MD 20743

STATE OF NORTH CAROLINA
2 SOUTH SALISBURY STREET
RALEIGH, NC 27626

VWR SCIENTIFIC PRODUCTS
VWR INTERNATIONAL LLC
P.O. BOX 640169
PITTSBURGH, PA 15264-0169

ROBERTS OXYGEN COMPANY, INC.
15830 REDLAND ROAD
P.O. BOX 5507
DERWOOD, MD 20855

STATE OF PENNSYLVANIA
1171 SOUTH CAMERON STREET
HARRISBURG, PA 17104

W.E. BOWERS, INC.
12401  KILN COURT SUITE A
BELTSVILLE, MD 20705

SALESFORCE.COM
SINGAPORE PTE LTD.
9 TEMASEK BOULEVARD
#40-01 SUNTER TOWER 2,
038989 SINGAPORE

STATE OF VIRGINIA
DEPARTMENT OF TAXATION
PO BOX 1115
RICHMOND, VA 23218

WASHINGTON  GAS
101 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20080

SEQRIGHT INTERNATIONAL
2575 WEST BELLFORT STREET
SUITE 2001
HOUSTON, TX 77054

STATE OF WEST VIRGINIA
TAXPAYER SERVICES DIVISION
P.O. BOX 3784
CHARLESTON, WV 25337-3784

WESTERN PEST SERVICES
202 PERRY PARKWAY SUITE 2
GAITHERSBURG, MD 20877-2172

SHI INTERNATIONAL
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ 08854

SUNTRUST BANKS, INC.
303 PEACHTREE ST., NE
ATLANTA, GA  30308

SUNTRUST BANK
C/O CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE  19808

SOCIAL SECURITY ADMINISTRATION
WINDSOR PARK BUILDING
6401 SECURITY BLVD.
BALTIMORE, MD 21235

THE CONFERENCE GROUP
254 CHAPMAN ROAD
TOPKIS BUILDING, SUITE 200
NEWARK, DE 19702

WORLD COURIER INC.
1313 FOURTH AVENUE
NEW HYDE PARK, NY 11040-5541

STATE OF CALIFORNIA
2000 EVERGREEN STREET
SUITE 250
SACRAMENTO, CA 95815

THE LINCOLN NATIONAL LIFE INSURANCE
P.O. BOX 0821
CAROL STREAM, IL 60132-0821

WSSC-3575594
14501 SWEITZER LANE
LAUREL, MD 20707-5902

STATE OF DELAWARE
P.O. BOX 1401
LEGISLATIVE HALL
DOVER, DE 19901

UNITED HEALTH CARE
DEPT CH 10151 600550151C0009
PALATINE, IL 60055-0151

STATE OF MARYLAND
301 WEST PRESTON STREET
BALTIMORE, MD 21201

UNUM
COMPANY OF AMERICA
P.O. BOX 406990
ATLANTA, GA 30384-6990