**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OCIMUM BIOSOLUTIONS, INC.[1] ) | |
| ) | Case No. 11-13310 |
| Debtors. ) | |
| ) | Related Docket Nos. 3, 4 |

**NOTICE OF WITHDRAWAL OF**
**NOTICE OF FILING OF CREDITORS' MATRIX**

     Jeffrey M. Carbino hereby files this Notice of Withdrawal of the Notice of Filing of Creditors' Matrix filed at Docket Nos. 3 and 4 in the above-captioned matter. A corrective entry of the Notice of Filing of Creditors' Matrix, to include the creditors' matrix as an attachment, has been filed at Docket No. 5.

                                                                           THORP REED & ARMSTRONG, LLP

Dated: October 17, 2011                        By: /s/ Jeffrey M. Carbino
                                                          Jeffrey M. Carbino   D.E. I.D. No. 4062
                                                          824 N. Market Street, Suite 710
                                                          Wilmington, DE 19801
                                                          Telephone: 302.250.4750
                                                          Facsimile:  302.421.9439
                                                          jcarbino@thorpreed.com

                                                          Proposed Counsel for the Debtor and
                                                          Debtor in Possession

---

[1] The last four digits of the Debtor's federal tax identification number are xx-xxx7707.

{01294469}