## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| OCIMUM BIOSOLUTIONS, INC., | § | Case No. 11-13310-BLS |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

## **REQUEST FOR ALL NOTICES, PAPERS AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned counsel represents Constellation NewEnergy, Inc.("CNE"), a creditor and party-in-interest in the above-captioned case, and hereby requests copies of all notices and pleadings filed in this proceeding pursuant to all applicable rules, including, without limitation, Fed.R.Bankr.P. 2002(a), (b), (f) and (g), 2018 and 3015(d) and (g). All such notices should be addressed as follows:

>Heather M. Forrest
>Kelly L. Cavazos
>JACKSON WALKER L.L.P.
>901 Main Street, Suite 6000
>Dallas, TX 75202
>(214) 953-6000 (Telephone)
>(214) 953-5822 (Facsimile)
>hforrest@jw.com (e-mail)
>
>Bruce J. Ruzinsky
>JACKSON WALKER L.L.P.
>1401 McKinney Street, Suite 1900
>Houston, Texas 77010
>(713) 752-4200 (Telephone)
>(713) 754-6704 (Facsimile)

Please take notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and documents referred to in the Rules specified above but also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed with regard to the referenced case and the proceedings. Additionally, request is made for a copy of any plan and disclosure statement filed in this case.

This Request for all Notices, Papers and Pleadings shall not be deemed or construed to be a waiver of the rights of CNE (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which CNE is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 26th day of October, 2011.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: */s/ Heather M. Forrest*
    Heather M. Forrest
    Texas State Bar No. 24040918
    Kelly L. Cavazos
    Texas State Bar No. 24059271
    901 Main Street, Suite 6000
    Dallas, TX 75202
    (214) 953-6000 (Telephone)
    (214) 953-5822 (Facsimile)
    hforrest@jw.com (e-mail)

    Bruce J. Ruzinsky
    Texas State Bar No. 17469425
    1401 McKinney, Suite 1900
    Houston, TX 77010
    (713) 752-4200 (Telephone)
    (713) 754-6704 (Facsimile)

**COUNSEL FOR CONSTELLATION NEWENERGY, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2011, a true and correct copy of the foregoing instrument was transmitted electronically and/or via First Class United States Mail to the parties listed below:

| | |
|---|---|
| **DEBTOR** | **COUNSEL FOR DEBTORS** |
| Ocimum Biosolutions, Inc. | Jeffrey M. Carbino |
| 50 West Watkins Mill Road | Thorp Reed & Armstrong |
| Gaithersburg, MD 20878 | 824 N. Market Street |
| | Suite 710 |
| | Wilmington, DE 19801 |

**UNITED STATES TRUSTEE**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

                                                  */s/ Heather M. Forrest*
                                                  Heather M. Forrest