**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| OCIMUM BIOSOLUTIONS, INC.[1] | ) | |
| | ) | Case No. 11-13310 |
| Debtors. | ) | |
| | ) | |

## NOTICE OF FILING OF AMENDED CREDITORS' MATRIX

PLEASE TAKE NOTICE that the above captioned debtor and debtor in possession has today filed the attached **Amended Creditors' Matrix** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

THORP REED & ARMSTRONG, LLP

Dated: October 28, 2011

By: /s/ Jeffrey M. Carbino
Jeffrey M. Carbino   D.E. I.D. No. 4062
824 N. Market Street, Suite 710
Wilmington, DE 19801
Telephone: 302.250.4748
Facsimile: 302.421.9439
jcarbino@thorpreed.com

Proposed Counsel for the Debtor and
Debtor in Possession

---

[1] The last four digits of the Debtor's federal tax identification number are xx-xxx7707.