```
Label Matrix for local noticing          Ocimum Biosolutions, Inc.              U.S. Bankruptcy Court
0311-1                                   50 West Watkins Mill Road              824 Market Street, 3rd Floor
Case 11-13310-BLS                        Gaithersburg, MD 20878-4023            Wilmington, DE 19801
District of Delaware
Delaware
Fri Oct 28 13:17:16 EDT 2011

AAF INTERNATIONAL                        AFCO                                   AFFYMETRIX, INC.
P.O. BOX 828436                          4501 COLLEGE BOULEVARD                 3420 CENTRAL EXPRESS
PHILADELPHIA, PA 19182-8436              SUITE 320                              SANTA CLARA, CA 95051-0703
                                         LEAWOOD, KS 66211-2328


AGENCOURT BIOSCIENCE                     AIR FLOW SERVICES, INC.                ALLIED WASTE SERVICES #428
500 CUMMINGS CENTER                      1143 TAFT STREET                       PO BOX 9001099
SUITE 2450                               ROCKVILLE, MD 20850-1311               LOUISVILLE, KY 40290-1099
BEVERLY, MA 01915-6142


ANURAG ACHARYA                           APPLIED BIOSYSTEMS                     ASTERAND
10677 WILKINS AVENUE                     32000 COLLECTIONS CENTER DR            TECHONE SUITE 501
LOS ANGELES, CA 90024-5834               CHICAGO, IL 60693-0320                 440 BURROUGHS
                                                                                DETROIT, Ml  48202-3429


AT&T                                     Agencourt Bioscience                   Asterand
AT&T MOBILITY                            500 Cummings Ceneter                   TechOne Suite 501
PO BOX 6463                              Suite 2450                             440 Burroughs
CAROL STREAM, IL 60197-6463              Beverly, MA 01915-6142                 Detroit, MI 48202-3429


BARBER OPTICS, INC.                      BECKMAN  COULTER, INC.                 BMR 50 WEST WATKINS MILL LLC
8300 GUILFORD ROAD SUITE E               36 CHERRY HILL DRIVE                   ONE MAIN STREET, 5TH FLOOR
COLUMBIA, MD 21046-2822                  DANVERS, MA 01923-2575                 CAMBRIDGE, MA 02142-1599


BOND WATER TECHNOLOGIES, INC.            Barber Optics, Inc.                    Bio-Rad Laboratories
630 E. DIAMOND AVENUE                    8300 Guilford Road                     2000 Alfred Noble Drive
SUITE J/K                                Suite E                                Hercules, CA 94547-1804
GAITHERSBURG, MD 20877-5330              Columbia, MD 21046-2822


CARL ZEISS MICROIMAGING, LLC             CARLYLE AND CONLAN                     CAVALIER
ONE ZEISS DRIVE                          430 DAVIS DRIVE                        2704 ALT 19
THORNWOOD, NY 10594-1939                 SUITE 230                              PALM HARBOR, FL 34683-2639
                                         MORRISVILLE, NC 27560-6802


CHUBB INSURANCE                          CINTAS DOCUMENT MGMT.                  CIT TECHNOLOGY FIN SERV INC
CHUBB GROUP OF INSURANCE COM             CINTAS FAS LOCKBOX 636525              2116 NETWORK PLACE
PO BOX 7777-1630                         PO BOX 636525                          CHICAGO, IL 60673-1211
PHILADELPHIA, PA 19175-1630              CINCINNATI, OH 45263-6525


CLONTECH LABORATORIES                    COGEN COMMUNICATIONS                   CONSTELLATION NEW ENERGY
1290 TERRA BELLA AVENUE                  1015 31 ST STREET, NW                  9960 CORPORATE CAMPUS DR
MOUNTAIN VIEW, CA 94043-1837             WASHINGTON, DC 20007-4406              SUITE 2000
                                                                                LOUISVILLE, KY 40223-4055
```

| | | |
|---|---|---|
| COOLEY GODWARD, LLP<br>101 CALIFORNIA STREET, 5TH FL<br>SAN FRANCISCO, CA 94111-3580 | CORELL INSTITUTE OF MEDICAL RESEARCH<br>403 HADDON AVENUE<br>CAMDEN, NJ 08103-1505 | CORIEL INSTITUTE<br>403 HADDON AVENUE<br>CAMDEN, NJ 08103-1559 |
| Camilla Bowman<br>4232 Suitland Road<br>Apt. #02<br>Suitland, MD 20746-2065 | Chris Lovelace<br>318 Kalorama Road<br>Sykesville, MD 21784-7536 | Chu Ko<br>3912 Broadwater Street<br>Fairfax, VA 22031 |
| Cogen Communications<br>1015 31st Street, NW<br>Washington, DC 20007-4406 | David Stiles<br>103 Old MacDonald Road<br>Apt. 235<br>Gaithersburg, MD 20877-4329 | Dentaquest<br>PO Box 414507<br>Boston, MA 02241-4507 |
| Dmitry Krylov<br>9504 Watts Branch Drive<br>Rockville, MD 20850-3752 | Dry Ice Corporation<br>189 Central Avenue<br>Westwood, NJ 07675-7399 | Eric Paz<br>13206 Golden Oak Drive<br>Laurel, MD 20708-2336 |
| FEDEX<br>P.O. BOX 371461<br>PITTSBURGH, PA 15250-7461 | FERMENTAS LIFE SCIENCES<br>798 CROMWELL PARK DRIVE<br>SUITE R-S<br>GLEN BURNIE, MD 21061-2594 | FISHER BIOSERVICES INC.<br>14665 ROTHGEB DRIVE<br>ROCKVILLE, MD 20850-5312 |
| FRANK PARSONS INC.<br>2270 BEAVER ROAD<br>HYATTSVILLE, MD 20785-3223 | Fathima Javed<br>16512 George Washington Drive<br>Rockville, MD 20853-1210 | GE Healthcare Bio Sciences Corporation<br>800 Centennial Avenue<br>PO Box No. 1327<br>Piscataway, NJ 08854-3911 |
| GENOVATIVE SOLUTIONS<br>24 CAPTAINS BROW LANE<br>ACTON, MA 01720-2923 | GREEN FUSSION SERVICES<br>PO BOX 86714<br>MONTGOMERY VILLAGE, MD 20886-6714 | Geoffrey Routh<br>362 EN Street<br>Benicia, CA 94510 |
| Gervon Harris<br>4831 Huron Avenue<br>Suitland, MD 20746-1118 | Gomez Landscaping LLC<br>9602 Marston Lane<br>Montgomery Village, MD 20886-5002 | HOLOIC INC<br>35 CROSBY DRIVE<br>BEDFORD, MA 01730-1411 |
| Hansilla Allagh<br>3523 Coxcob Mews<br>Woodbridge, VA 22193-5311 | ILLUMINA INC.<br>9885 TOWNE CENTER DRIVE<br>SAN DIEGO, CA 92121-1975 | INTERNAL REVENUE SERVICE<br>11510 GEORGIA AVENUE<br>SILVER SPRING, MD 20902-1998 |
| Impact Office Products<br>PO Box 403846<br>Atlanta, GA 30384-3846 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Invitrogen Corporation<br>By Life Technologies Corporation<br>5791 Van Allen Way<br>Carlsbad, CA 92008-7321 |

| | | |
|---|---|---|
| Iron Mountain Records Management<br>PO Box 27128<br>New York, NY 10087-7128 | J AND J KIRLIN<br>515 DOVER ROAD<br>SUITE 2700<br>ROCKVILLE, MD 20850-1235 | JEFFREY M. CARBINO, ESQ<br>THORP REED & ARMSTRONG, LLP<br>824 N. MARKET STREET<br>SUITE 710<br>WILMINGTON, DE 19801-4939 |
| JOHNSON CONTROLS<br>507 EAST MICHIGAN STREET<br>MILWAUKEE, WI 53202-5211 | Jacqulline Dempster<br>9421 Bulls Run Parkway<br>Bethesda, MD 20817-2463 | James Yu<br>19815 Apple Ridge<br>Montgomery Village, MD 20886-1039 |
| KUBERA CROSS-BORDER FUND, L.P.<br>C/O KUBERA PARTNERS LLC<br>60 EAST 42ND STREET, SUITE 450<br>NEW YORK, NY 10165-0403 | Kim Valentino<br>9435 Lovat Road<br>Fulton, MD 20759-9638 | LINCOLN LIFE INSURANCE<br>THE LINCOLN NATIONAL LIFE INSURANCE CO.<br>P.O. BOX 0821<br>CAROL STREAM, IL 60132-0821 |
| MEDICARE<br>7500 SECURITY BOULEVARD<br>WINDSOR MILL, MD 21244-1850 | METRO ENTERPRISES, INC.<br>19546 CLUB HOUSE ROAD<br>MONTGOMERY VILLAGE, MD 20886-3002 | MILLER'S OFFICE PRODUCTS, INC.<br>8600 CINDER BED ROAD<br>LORTON, VA 22079-1442 |
| MORGAN, LEWIS & BOCKIUS, LLP<br>COUNSELORS AT LAW<br>1111 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20004-2541 | Mary Barcus<br>16709 Alexander Manor<br>Silver Spring, MD 20905-5038 | NEW ENGLAND BIOLABS INC.<br>240 COUNTY ROAD<br>IPSWICH, MA 01938-2723 |
| NUGEN TECHNOLOGIES INC.<br>201 INDUSTRIAL ROAD<br>SUITE 310<br>SAN CARLOS, CA 94070-2396 | Nancy Bumuh<br>23841 Burdette Forest Road<br>Clarksburg, MD 20871-4373 | Nathaniel Buck<br>1217 Park Road NW<br>Apt. #1<br>Washington, DC 20010-2226 |
| Norman JW Russell<br>277 Via Tierra<br>Encinitas, CA 92024-5313 | Nortec Communications<br>7531 Ieesburg Pike<br>Falls Church, VA 22043-2120 | OCCUPATIONAL HEALTH CONSULTATION<br>15005 SHADY GROVE ROAD<br>SUITE 450<br>ROCKVILLE, MD 20850-6377 |
| Occupational Health Consult.<br>15005 Shady Grove Road<br>Suite 450<br>Rockville, MD 20850-6377 | PATHWAY SOLUTIONS INC.<br>4-37-15 SENGOKU<br>BUNKYO-KU, TOKYO 112-0011<br>JAPAN | (p)PEPCO<br>LEGAL SERVICES<br>PEPCO HOLDINGS INC<br>701 NINTH ST NW SUITE 1100<br>WASHINGTON DC 20068-0001 |
| PERRY, KRUMSIEK & JACK, LLP<br>1000 POTOMAC STREET, NW<br>5TH FLOOR<br>WASHINGTON, DC 20007-3501 | PITNEY BOWES INC.<br>PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | PITNEY BOWES PURCHASE POWER<br>PO BOX 856042<br>LOUISVILLE, KY 40285-6042 |
| POWER PROTECTION UNLIMITED<br>9351 PHILADELPHIA ROAD<br>SUITE A-B<br>ROSEDALE, MD 21237-4148 | Philip Musk<br>9517 Caboose Court E<br>Columbia, MD 21045-3208 | Pitney Bowes Purchase Pwr.<br>PO Box 856042<br>Louisville, KY 40285-6042 |

| | | |
|---|---|---|
| QIAGEN INC.<br>27220 TURNBERRY LANE<br>SUITE 200<br>VALENCIA, CA 91355-1019 | R&D SCIENTIFIC CORPORATION<br>272 ROUTE<br>206 BUILDING C, 2ND FLOOR<br>FLANDERS, NJ 07836 | R&D Scientific Corporation<br>272 Route 206<br>Building C, 2nd Floor<br>Flanders, NJ 07836-9081 |
| R.M. THORNTON, INC.<br>120 WESTHAMPTON AVENUE<br>CAPITOL HEIGHTS, MD 20743-3516 | ROBERTS OXYGEN COMPANY, INC.<br>15830 REDLAND ROAD<br>P.O. BOX 5507<br>DERWOOD, MD 20855-0507 | Renee L. Forde<br>2006 Charleston Place<br>Hyattsville, MD 20783-2820 |
| Roche Diagnostics Corporation<br>PO Box 120243<br>Dept. 0243<br>Dallas, TX 75312-0243 | SALESFORCE.COM<br>SINGAPORE PTE LTD.<br>9 TEMASEK BOULEVARD<br>#40-01 SUNTER TOWER 2,<br>038989 SINGAPORE | SEQRIGHT INTERNATIONAL<br>2575 WEST BELLFORT STREET<br>SUITE 2001<br>HOUSTON, TX 77054-5029 |
| SHI INTERNATIONAL<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854-3925 | SOCIAL SECURITY ADMINISTRATION<br>WINDSOR PARK BUILDING<br>6401 SECURITY BLVD.<br>BALTIMORE, MD 21235-0001 | STATE OF CALIFORNIA<br>2000 EVERGREEN STREET<br>SUITE 250<br>SACRAMENTO, CA 95815-3832 |
| STATE OF DELAWARE<br>P.O. BOX 1401<br>LEGISLATIVE HALL<br>DOVER, DE 19903-1401 | STATE OF MARYLAND<br>301 WEST PRESTON STREET<br>BALTIMORE, MD 21201-2305 | STATE OF MASSACHUSETTS<br>P.O. BOX 7010<br>BOSTON, MA 02204-7010 |
| STATE OF NORTH CAROLINA<br>2 SOUTH SALISBURY STREET<br>RALEIGH, NC 27601-2903 | STATE OF PENNSYLVANIA<br>1171 SOUTH CAMERON STREET<br>HARRISBURG, PA 17104-2542 | (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 |
| STATE OF WEST VIRGINIA<br>TAXPAYER SERVICES DIVISION<br>P.O. BOX 3784<br>CHARLESTON, WV 25337-3784 | SUNTRUST BANK<br>C/O CORPORATION SERVICE COMPANY<br>2711 CENTERVILLE ROAD, SUITE 400<br>WILMINGTON, DE 19808-1645 | SUNTRUST BANKS, INC.<br>303 PEACHTREE ST., NE<br>ATLANTA, GA 30308-3201 |
| Samuel Kudjordji<br>2621 Bear Den Road<br>Frederick, MD 21701-5270 | Sean Caruthers<br>9807 Brookridge Court<br>Montgomery Village, MD 20886-1109 | Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903-0898 |
| Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903-7040 | Securities & Exchange Commission<br>New York Regional Office<br>Attn: George S. Canellos, Regional Direc<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1013 | Securities & Exchange Commission<br>Secretary of Treasury<br>100 F Street, NE<br>Washington, DC 20549-2000 |
| Shahrzad Rostami<br>14901 Coles Chance Road<br>North Potomac, MD 20878-2417 | Sudhakar Ravuri<br>19700 Crystal Rock Drive<br>Apt. #21<br>Germantown, MD 20874-4759 | Sudheer Kotla<br>12624 Grey EagleCourt<br>Apt. #23<br>Germantown, MD 20874-5308 |

| | | |
|---|---|---|
| SunTrust Bank<br>c/o Corporation Service Company<br>27111 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Sunita Sharma<br>15704 Mahagony Circle<br>Apt. #401<br>Gaithersburg, MD 20878-4635 | THE CONFERENCE GROUP<br>254 CHAPMAN ROAD<br>TOPKIS BUILDING, SUITE 200<br>NEWARK, DE 19702-5413 |
| THE LINCOLN NATIONAL LIFE INSURANCE<br>P.O. BOX 0821<br>CAROL STREAM, IL 60132-0821 | Tara Simpson<br>1428 Wake Forest Drive<br>Gaithersburg, MD 20879-3247 | The Company Corporation<br>222 Delaware Avenue, 18th Fl.<br>Wilmington, DE 19801-1621 |
| UNITED HEALTH CARE<br>DEPT CH 10151 600550151C0009<br>PALATINE, IL 60055-0151 | UNUM<br>COMPANY OF AMERICA<br>P.O. BOX 406990<br>ATLANTA, GA 30384-6990 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801-3519 |
| VISION SERVICE PLAN(AT)<br>FILE #73785<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-3785 | VWR SCIENTIFIC PRODUCTS<br>VWR INTERNATIONAL LLC<br>P.O. BOX 640169<br>PITTSBURGH, PA 15264-0169 | W.E. BOWERS, INC.<br>12401 KILN COURT SUITE A<br>BELTSVILLE, MD 20705-1323 |
| WASHINGTON GAS<br>101 CONSTITUTION AVENUE, NW<br>WASHINGTON, DC 20080-0001 | WESTERN PEST SERVICES<br>202 PERRY PARKWAY SUITE 2<br>GAITHERSBURG, MD 20877-2172 | WORLD COURIER INC.<br>1313 FOURTH AVENUE<br>NEW HYDE PARK, NY 11040-5541 |
| WSSC-3575594<br>14501 SWEITZER LANE<br>LAUREL, MD 20707-5901 | Western Pest Services<br>202 Perry Parkway<br>Suite 2<br>Gaithersburg, MD 20877-2172 | William J. Cheeks<br>13146 Old National Pike<br>Mount Airy, MD 21771-5841 |
| Xerox Corporation<br>PO Box 660501<br>Dallas, TX 75266-0501 | Zachary Longacre<br>1513 Seton Drive<br>Wilmington, DE 19809-2238 | Jeffrey M. Carbino<br>Thorp Reed & Armstrong<br>824 N. Market Street<br>Suite 710<br>Wilmington, DE 19801-4939 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PEPCO<br>PEPCO CORRESPONDENCE SECT<br>701 NINTH STREET, NW<br>WASHINGTON, DC 20068-0001 | (d)Pepco<br>Pepco Correspondence Sect<br>701 Ninth Street, NW<br>Washington, DC 20068-0001 | STATE OF VIRGINIA<br>DEPARTMENT OF TAXATION<br>PO BOX 1115<br>RICHMOND, VA 23218 |

(d)State of Virginia
Department of Taxation
PO Box 1115
Richmond, VA 23218

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)99-1244                          (u)Constellation NewEnergy, Inc.         (u)MCMS Case


(d)AAF International                (d)AFCO                                  (d)AT&T
P.O. Box 828436                     4501 College Boulevard                   AT&T Mobility
Philadelphia, PA 19182-8436         Suite 320                                PO Box 6463
                                    Leawood, KS 66211-2328                   Carol Stream, IL 60197-6463


(d)Affymetrix, Inc.                 (d)Air Flow Services, Inc.               (d)Allied Waste Services
3420 Central Express                1143 Taft Street                         #428, PO Box 9001099
Santa Clara, CA 95051-0703          Rockville, MD 20850-1311                 Louisville, KY 40290-1099


(d)Anurag Acharya                   (d)Applied Biosystems                    (d)BMR 50 West Watkins Mill LLC
10677 Wilkins Avenue                32000 Collections Center Drive           One Main Street, 5th Floor
Los Angeles, CA 90024-5834          Chicago, IL 60693-0320                   Cambridge, MA 02142-1599


(d)Beckman Coulter, Inc.            (d)Bond Water Technologies, Inc.         (d)CIT Technology Fin Serv Inc
36 Cherry Hill Drive                630 E. Diamond Avenue                    2116 Network Place
Danvers, MA 01923-2575              Suite J/K                                Chicago, IL 60673-1211
                                    Gaithersburg, MD 20877-5330


(d)Carl Zeiss MicroImaging, LLC     (d)Carlyle and Conlan                    (d)Cavalier
One Zeiss Drive                     430 Davis Drive                          2704 ALT 19
Thornwood, NY 10594-1939            Suite 230                                Palm Harbor, FL 34683-2639
                                    Morrisville, NC 27560-6802


(d)Chubb Insurance                  (d)Cintas Document Mgmt.                 (d)Clontech Laboratories
Chubb Group of Insurance Com        Cintas Fas Lockbox 636525                1290 Terra Bella Avenue
PO Box 7777-1630                    PO Box 636525                            Mountain View, CA 94043-1837
Philadelphia, PA 19175-1630         Cincinnati, OH 45263-6525


(d)Constellation New Energy         (d)Cooley Godward, LLP                   (d)Corell Institute of
9960 Corporate Campus Drive         101 California Street, 5th Floor         Medical Research
Suite 2000                          San Francisco, CA 94111-3580             403 Haddon Avenue
Louisville, KY 40223-4055                                                    Camden, NJ 08103-1505


(d)Coriel Institute                 (d)FedEx                                 (d)Fermentas Life Sciences
403 Haddon Avenue                   P.O. Box 371461                          798 Cromwell Park Drive
Camden, NJ 08103-1559               Pittsburgh, PA 15250-7461                Suite R-S
                                                                             Glen Burnie, MD 21061-2594

| | | |
|---|---|---|
| (d)Fisher BioServices Inc.<br>14665 Rothgeb Drive<br>Rockville, MD 20850-5312 | (d)Frank Parsons Inc.<br>2270 Beaver Road<br>Hyattsville, MD 20785-3223 | (d)Genovative Solutions<br>24 Captains Brow Lane<br>Acton, MA 01720-2923 |
| (d)Green Fussion Services<br>PO Box 86714<br>Montgomery Village, MD 20886-6714 | (d)HOLOIC INC<br>35 Crosby Drive<br>Bedford, MA 01730-1411 | (d)Illumina Inc.<br>9885 Towne Center Drive<br>San Diego, CA 92121-1975 |
| (d)Internal Revenue Service<br>11510 Georgia Avenue<br>Silver Spring, MD 20902-1998 | (d)J and J Kirlin<br>515 Dover Road<br>Suite 2700<br>Rockville, MD 20850-1235 | (d)Johnson Controls<br>507 East Michigan Street<br>Milwaukee, WI 53202-5211 |
| (d)Lincoln Life Insurance<br>The Lincoln National<br>Life Insurance Co.<br>P.O. Box 0821<br>Carol Stream, IL 60132-0821 | (d)Medicare<br>7500 Security Boulevard<br>Windsor Mill, MD 21244-1850 | (d)Metro Enterprises, Inc.<br>19546 Club House Road<br>Montgomery Village, MD 20886-3002 |
| (d)Miller's Office Products, Inc.<br>8600 Cinder Bed Road<br>Lorton, VA 22079-1442 | (d)Morgan, Lewis & Bockius, LLP<br>Counselors at Law<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541 | (d)New England Biolabs Inc.<br>240 County Road<br>Ipswich, MA 01938-2723 |
| (d)Nugen Technologies Inc.<br>201 Industrial Road<br>Suite 310<br>San Carlos, CA 94070-2396 | (d)OCIMUM BIOSOLUTIONS, INC.<br>50 WEST WATKINS MILL ROAD<br>GAITHERSBURG, MD 20878-4023 | (d)Pathway Solutions Inc.<br>4-37-15 Sengoku<br>Bunkyo-ku, Tokyo 112-0011<br>JAPAN |
| (d)Perry, Krumsiek & Jack, LLP<br>1000 Potomac Street, NW<br>5th Floor<br>Washington, DC 20007-3501 | (d)Pitney Bowes Inc.<br>Pitney Bowes Global<br>Financial Services<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | (d)Power Protection Unlimited<br>9351 Philadelphia Road<br>Suite A-B<br>Rosedale, MD 21237-4148 |
| (d)Qiagen Inc.<br>27220 Turnberry Lane<br>Suite 200<br>Valencia, CA 91355-1019 | (d)R.M. Thornton, Inc.<br>120 Westhampton Avenue<br>Capitol Heights, MD 20743-3516 | (d)Roberts Oxygen Company, Inc.<br>15830 Redland Road<br>P.O. Box 5507<br>Derwood, MD 20855-0507 |
| (d)SHI International<br>33 Knightsbridge Road<br>Piscataway, NJ 08854-3925 | (d)Salesforce.com<br>Singapore Pte Ltd.<br>9 Temasek Boulevard<br>#40-01 Sunter Tower 2, 038989<br>SINGAPORE | (d)Seqright International<br>2575 West Bellfort Street<br>Suite 2001<br>Houston, TX 77054-5029 |
| (d)Social Security Administration<br>Windsor Park Building<br>6401 Security Blvd.<br>Baltimore, MD 21235-0001 | (d)State of California<br>2000 Evergreen Street<br>Suite 250<br>Sacramento, CA 95815-3832 | (d)State of Delaware<br>P.O. Box 1401<br>Legislative Hall<br>Dover, DE 19903-1401 |

| | | |
|---|---|---|
| (d)State of Maryland<br>301 West Preston Street<br>Baltimore, MD 21201-2305 | (d)State of Massachusetts<br>P.O. Box 7010<br>Boston, MA 02204-7010 | (d)State of North Carolina<br>2 South Salisbury Street<br>Raleigh, NC 27601-2903 |
| (d)State of Pennsylvania<br>1171 South Cameron Street<br>Harrisburg, PA 17104-2542 | (d)State of West Virginia<br>Taxpayer Services Division<br>P.O. Box 3784<br>Charleston, WV 25337-3784 | (d)SunTrust Banks, Inc.<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3201 |
| (d)The Conference Group<br>254 Chapman Road<br>Topkis Building, Suite 200<br>Newark, DE 19702-5413 | (d)The Lincoln National Life<br>Insurance<br>P.O. Box 0821<br>Carol Stream, IL 60132-0821 | (d)UNUM<br>Company of America<br>P.O. Box 406990<br>Atlanta, GA 30384-6990 |
| (d)United Health Care<br>DEPT CH 10151<br>600550151C0009<br>Palatine, IL 60055-0151 | (d)VWR Scientific Products<br>VWR International LLC<br>P.O. Box 640169<br>Pittsburgh, PA 15264-0169 | (d)Vision Service Plan<br>AT) File #73785<br>PO Box 60000<br>San Francisco, CA 94160-3785 |
| (d)W.E. Bowers, Inc.<br>12401 Kiln Court<br>Suite A<br>Beltsville, MD 20705-1323 | (d)WSSC-3575594<br>14501 Sweitzer Lane<br>Laurel, MD 20707-5901 | (d)Washington Gas<br>101 Constitution Avenue, NW<br>Washington, DC 20080-0001 |
| (d)World Courier Inc.<br>1313 Fourth Avenue<br>New Hyde Park, NY 11040-5541 | End of Label Matrix<br>Mailable recipients   140<br>Bypassed recipients    73<br>Total                 213 | |