# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OCIMUM BIOSOLUTIONS, INC.[1], | ) | |
| | ) | Case No. 11-13310-BLS |
| Debtors. | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND DOCUMENTS FOR BMR 50 WATKINS MILL, LLC

**PLEASE TAKE NOTICE THAT** BMR 50 Watkins Mill, LLC (the "Company) in the above-captioned case (the "Case"), hereby appears in the Case by its counsel, Elliott Greenleaf, and such counsel hereby enters their appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this Case be given and served upon them at the following:

| | |
|---|---|
| Rafael X. Zahralddin-Aravena | Matthew J. Riopelle |
| Shelley A. Kinsella | Victor A. Vilaplana |
| Elliott Greenleaf | Foley & Lardner LLP |
| 1105 North Market Street, Suite 1700 | 402 West Broadway, Suite 2100 |
| Wilmington, Delaware 19801 | San Diego, CA 92101-3542 |
| Telephone: (302) 384-9400 | Telephone: 619.234.6655 |
| Facsimile: (302) 384-9399 | Facsimile: 619.234.3510 |
| Email: rxza@elliottgreenleaf.com | Email: mriopelle@foley.com |
| Email: sak@elliottgreenleaf.com | Email: vavilaplana@foley.com |

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

WLM: 22155 v1

informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the Case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Entry of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) the Company's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the Company's right to trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case, (3) the Company's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Company may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Company expressly reserves.

Dated: October 28, 2011
Wilmington, Delaware

**ELLIOTT GREENLEAF**

/s/

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4603)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

and

Matthew J. Riopelle
Victor A. Vilaplana
Foley & Lardner LLP
402 West Broadway, Suite 2100
San Diego, CA 92101-3542
Telephone: 619.685.6486
Facsimile: 619.234.3510
Email: mriopelle@foley.com
Email: vavilaplana@foley.com

*Counsel for BMR 50 Watkins Mill, LLC*