# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| OCIMUM BIOSOLUTIONS, INC.[1] | : Case No. 11-13310(BLS) |
| | : |
| Debtors. | : |
| | : Hearing Date: To be determined |
| | : Objection Deadline: To be determined |

## NOTICE OF MOTION

TO: (I) THE U.S. TRUSTEE, (II) COUNSEL TO THE PREPETITION LENDERS, (III) THE DEBTOR'S 20 LARGEST UNSECURED CREDITORS, (IV) COUNSEL TO OCIMUM BIOSOLUTIONS (INDIA), LTD., (V) THE U.S. ATTORNEYS OFFICE FOR THE DISTRICT OF DELAWARE, (VI) THE SECURITIES AND EXCHANGE COMMISSION, (VII) THE INTERNAL REVENUE SERVICE AND (VIII) ALL OTHER PARTIES REQUESTING NOTICE IN THESE PROCEEDINGS PURSUANT TO BANKRUPTCY RULE 2002.

**PLEASE TAKE NOTICE** that the above-captioned debtor and debtor in possession (the "Debtor") have filed the attached **Motion of Debtor Pursuant to Section 521 of the Bankruptcy Code, Bankruptcy Rule 1007 and Local Rule 1007-1(b) for Order Authorizing Debtor to Extend Time to File Schedules and Statements** (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the attached Motion must be in writing and filed on or before **a date to be determined** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 6th Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned proposed counsel to the Debtor so as to be received on or before the Objection Deadline,

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **A DATE TO BE DETERMINED** BEFORE THE HONORABLE BRENDAN L. SHANNON IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

{D0000066}

1

**PLEASE TAKE FURTHER** NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING,

Dated: October 31, 2011
      Wilmington, Delaware

Jeffrey M. Carbino (No. 4062)
THORP REED & ARMSTRONG, LLP
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439

PROPOSED ATTORNEYS FOR THE DEBTOR
AND DEBTOR IN POSSESSION