# EXHIBIT A
## Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| OCIMUM BIOSOLUTIONS, INC.[1] | : Case No. 11-13310(BLS) |
| Debtors. | : Re: Docket No. _____ |

## ORDER PURSUANT TO SECTION 521 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 1007 AND LOCAL RULE 1007-1 AUTHORIZING THE DEBTOR TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

Upon the motion (the "Motion"),[2] of the Debtor pursuant to section 521 of the Bankruptcy Code, Bankruptcy Rule 1007 and Local Rule 1007-1 for an order (this "Order") authorizing the Debtor to extend the time to file the Schedules and Statements, as more fully described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for objection having been given; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its creditors and all parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, it is ORDERED that:

1. The Motion is granted.

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

{D0000066}

1

2. The time within which the Debtor must file the Schedules and Statements is extended to December 15, 2011.

3. Entry of this Order shall be without prejudice to the Debtor's right to seek further extensions of time to file the Schedules and Statements or to seek other relief from this Court regarding the filing of, or waiver of the requirement to file, the Schedules and Statements.

4. The Debtor is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: November ___, 2011
      Wilmington, DE

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE