# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OCIMUM BIOSOLUTIONS, INC. | ) Case No. 11-13310 (BLS) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Stuart M. Brown, Cynthia E. Moh, Richard M. Kremen and Jodie E. Buchman hereby enter their appearance on behalf of SunTrust Bank, a party in interest in the above case. Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), Mr. Brown, Ms. Moh, Mr. Kremen and Ms. Buchman hereby request that they be added to all notice lists and service lists in this case, and that all notices given or required to be given and all papers served or required to be served be directed as follows:

| | |
|---|---|
| Richard M. Kremen, Esquire<br>Jodie E. Buchman, Esquire<br>DLA Piper US LLP (US)<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>Telephone: (410) 580-3000<br>Facsimile: (410) 580-3001<br>Email: jodie.buchman@dlapiper.com | Stuart M. Brown, Esquire<br>Cynthia E. Moh, Esquire<br>DLA Piper LLP (US)<br>919 N. Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 468-5640<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@dlapiper.com<br>Email: cynthia.moh@dlapiper.com |

NOTICE IS FURTHER GIVEN that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and papers of any kind relating to any application, motion, petition, pleading, request, order, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy, email or otherwise.

NOTICE IS FURTHER GIVEN that the filing of this Notice of Entry of Appearance and Request for Service is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with this case or any related case, controversy or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which SunTrust Bank may be entitled in law or in equity, all of which are hereby expressly reserved.

November 1, 2011

Respectfully submitted,

**DLA PIPER LLP (US)**

/s/ Cynthia E. Moh
Cynthia E. Moh, Esquire (#5041)
Stuart M. Brown, Esquire (#5040)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
T. (302) 468-5700
E-mail: cynthia.moh@dlapiper.com

Richard M. Kremen, Esquire
Jodie E. Buchman, Esquire
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
T. (410) 580-3000
E-mail: jodie.buchman@dlapiper.com
*Counsel for SunTrust Bank*