## CERTIFICATE OF SERVICE

I, Cynthia E. Moh, hereby certify that on this 1st day of November, 2011, I caused a true and correct copy of the foregoing *Notice of Entry of Appearance* to be served via ECF and/or first-class mail postage prepaid to:

>Jeffrey M. Carbino
>Thorp Reed & Armstrong, LLP
>One Commerce Square
>2005 Market Street, Suite 1000
>Philadelphia, PA 19103

>/s/ Cynthia E. Moh
>Cynthia E. Moh, Esquire (#5041)