# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| OCIMUM BIOSOLUTIONS, INC., ) | |
| ) | Case No. 11-13310 (BLS) |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Kubera Cross-Border Fund, L.P. ("Kubera"), by and through its attorneys, hereby enters its appearance in the above-captioned case pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules for the United States Bankruptcy Court for the District of Delaware and respectfully requests that all notices, pleadings, orders, complaints, and other documents served or required to be served in the above-captioned case be served upon the following persons:

> Ilan S. Nissan (e-mail: inissan@dl.com)
> Paul N. Cicero (e-mail: pcicero@dl.com)
> Jeffrey Chubak (e-mail: jchubak@dl.com)
> DEWEY & LEBOEUF LLP
> 1301 Avenue of the Americas
> New York, New York 10019
> Tel: (212) 259-8000
> Fax: (212) 259-6333

PLEASE TAKE FURTHER NOTICE that this notice is not intended to and shall not be construed as a waiver of Kubera's right to have final orders in non-core matters entered only after de novo review by a district judge pursuant to 28 U.S.C. § 157(c)(1), to trial by jury in any proceeding so triable, to have the district court withdraw the reference of any proceeding pursuant to 28 U.S.C. § 157(d), or to any other rights, claims, setoffs, recoupments, or defenses to which Kubera is or may be entitled, all of which rights, claims, setoffs, recoupments, or defenses are expressly reserved.

Dated: November 2, 2011  Respectfully Submitted,
      New York, New York

/s/ Jeffrey Chubak
Ilan S. Nissan
Paul N. Cicero
Jeffrey Chubak
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

*Attorneys for Kubera Cross-Border Fund, L.P.*