DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 424-8000
Facsimile: (212) 424-8500

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------x
In re                                             :
                                                  :   Chapter 11 Case No.
OCIMUM BIOSOLUTIONS, INC.                         :   11-13310 (BLS)
                                                  :
                        Debtor.                   :
                                                  :
------------------------------------------------------------x
```

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

  Sowon Sunny Yoon, being duly sworn, deposes and says:

  1. I am not a party to this action, am over 18 years of age and am employed by Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York 10019.

  2. On the 2nd day of November, 2011, I caused true copies of the following to be served upon the parties listed in the service list attached hereto as **Exhibit A**, via U.S. First Class Mail:

- Notice of Appearance and Request for Service of Documents

            /s/ Sowon Sunny Yoon
            Sowon Sunny Yoon

Sworn to before me the
3rd day of November, 2011

/s/ Laura Saal
Laura Saal
Notary Public No. 01SA6187588
Qualified In New York County
Commission Expires May 19, 2012

**Exhibit A**

Jeffrey M. Carbino
Thorp Reed & Armstrong LLP
824 N. Market Street, Suite 710
Wilmington, DE 19801

Richard M. Kremen
Jodie E. Buchman
DLA Piper LLP
The Marbury Building
6225 Smith Ave.
Baltimore, MD 21209

Stuart M. Brown
Cynthia E. Moh
DLA Piper LLP
919 N. Market Street, 15th Floor
Wilmington, DE 19801

Rafael X. Zahralddin-Aravena
Shelley A. Kinsella
Elliot Greenleaf
1105 N. Market Street, Suite 1700
Wilmington, DE 19801

Matthew J. Riopelle
Victor A. Vilaplana
Foley & Lardner LLP
402 W. Broadway, Suite 2100
San Diego, CA 92101

Heather M. Forrest
Kelly L. Cavazos
Jackson Walker LLP
901 Main Street, Suite 1600
Dallas, TX 75202

Bruce J. Ruzinsky
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010