# EXHIBIT A

# Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OCIMUM BIOSOLUTIONS, INC.[1] | ) | Case No. 11-13310 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | Re Docket No. ___ |
| | ) | |

## ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION WAGES AUTHORIZING BANKS AND OTHER FINANCIAL INSTITUTIONS TO HONOR ALL PAYCHECKS

Upon the motion (the "Motion")[2] of the above-captioned debtor and debtor in possession (the "Debtor") for entry of an order (a) authorizing but not directing the Debtor to pay prepetition wages (b) authorizing banks and other financial institutions to receive, process, honor, and pay all checks presented for payment and electronic payment requests relating to the foregoing; and it appearing that jurisdiction is proper pursuant to 28 U.S.C. §§ 157 and 1334 as is venue pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; and it appearing that such relief is necessary to avoid immediate and irreparable harm meaning that the requirements of Rule 6003 of the Federal Rules of Bankruptcy Procedure have been satisfied; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby ORDERED that:

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

{01295785}

1.  The Motion is GRANTED.

2.  The Debtor is authorized, but not required, to honor and pay its employees' prepetition wages as set forth in this Motion.

3.  Subject to the requirements of Bankruptcy Code section 507(a)(4), the Debtor's cash expenditures for prepetition wages shall be capped at $87,214.05 subject to further order by this Court.

4.  The banks and financial institutions on which checks were drawn or electronic payment requests made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic payment requests when presented for payment.

5.  All banks and financial institutions are authorized to rely on the Debtor's designation of any particular check or electronic payment request as approved by this Order.

6.  The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion.

7.  Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8.  Notwithstanding the possible applicability of Fed. R. Bankr. P. 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November ___, 2011
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE