# EXHIBIT B

## Cash Collateral Budget

Cash Collateral Budget October 29 - November 30

| Description | October 29 2011 | November 5 2011 | November 12 2011 | November 19 2011 | November 26 2011 | December 3 2011 | December 10 2011 | December 17 2011 | December 24 2011 | December 31 2011 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Opening Cash | 16,500.00 | 73,182.17 | 99,612.17 | 103,159.20 | 132,016.70 | 170,209.28 | 211,293.84 | 219,976.84 | 143,684.92 | 257,371.92 | 16,500.00 |
| **CASH RECEIPTS** | | | | | | | | | | | |
| Collections of Existing A/R | 11,649.17 | 26,430.00 | 155,268.03 | 169,134.50 | 24,717.00 | | | | | | 387,198.70 |
| Collections on new invoicing - WIP | 45,033.00 | | | | 57,998.50 | 83,661.48 | 82,350.00 | 54,231.00 | 127,687.00 | 75,000.00 | 525,960.98 |
| Collections on new invoicing - POs | | | 100,000.00 | 75,000.00 | 50,000.00 | 275,000.00 | | 50,000.00 | | 50,000.00 | 425,000.00 |
| Total Cash Receipts | 56,682.17 | 26,430.00 | 255,268.03 | 244,134.50 | 132,715.50 | 358,661.48 | 82,350.00 | 104,231.00 | 127,687.00 | 125,000.00 | 1,513,159.68 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | |
| *Pre Petition Expenses* | | | | | | | | | | | |
| Salary | | | | | 30,522.92 | 30,522.92 | | 30,522.92 | | | 91,568.76 |
| *Post Petition Expenses* | | | | | | | | | | | |
| Salary | | | 71,000.00 | 71,000.00 | | 68,000.00 | | 68,000.00 | | 68,000.00 | 346,000.00 |
| Postage and Courier Charges | | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 2,000.00 | | 8,000.00 |
| Utilities Including Electricity | | | 38,044.00 | 19,022.00 | | 38,044.00 | | | | | 95,110.00 |
| Water | | | 650.00 | 325.00 | | 650.00 | | | | | |
| Building Rent | | | 50,000.00 | 50,000.00 | | 50,000.00 | | 50,000.00 | | | 200,000.00 |
| Medical Insurance | | | | | | | | | | | |
| Telephone/Mobile Charges | | | 4,400.00 | 2,200.00 | | 4,400.00 | | | | | 11,000.00 |
| General Insurance for Assests | | | 9,667.00 | | | | 9,667.00 | | | | 19,334.00 |
| Tax Audit and others | | | | | | | 10,000.00 | | | | 10,000.00 |
| Liquid Nitrogen | | | 2,500.00 | | | 2,500.00 | | | | | 5,000.00 |
| Reagents | | | 60,000.00 | 60,000.00 | 50,000.00 | 60,000.00 | 40,000.00 | 20,000.00 | | | 290,000.00 |
| Legal Fees | | | | | | 50,000.00 | | | | | 50,000.00 |
| Gas | | | 1,460.00 | 730.00 | | 1,460.00 | | | | | 3,650.00 |
| Miscellaneous | | | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 96,000.00 |
| Total Cash Disbursements | | | 251,721.00 | 215,277.00 | 94,522.92 | 317,576.92 | 73,667.00 | 180,522.92 | 14,000.00 | 80,000.00 | 1,225,662.76 |
| Ending Cash | 73,182.17 | 99,612.17 | 103,159.20 | 132,016.70 | 170,209.28 | 211,293.84 | 219,976.84 | 143,684.92 | 257,371.92 | 302,371.92 | 303,996.92 |

| Accounts Receivable | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 387,198.70 | 433,515.03 | 490,746.51 | 417,828.48 | 627,924.98 | 672,896.48 | 389,235.00 | 431,885.00 | 417,654.00 | 289,967.00 | 387,198.70 |
| Less - collections - Existing A/R | (11,649.17) | (26,430.00) | (155,268.03) | (169,134.50) | (24,717.00) | | | | | | (387,198.70) |
| + New Invoicing - WIP | 102,998.50 | 83,661.48 | 82,350.00 | 54,231.00 | 127,687.00 | 75,000.00 | 75,000.00 | 40,000.00 | | | 640,927.98 |
| Less - collections - WIP | (45,033.00) | | | | (57,998.50) | (83,661.48) | (82,350.00) | (54,231.00) | (127,687.00) | (75,000.00) | (525,960.98) |
| + New Invoicing - POs | | | | 325,000.00 | 50,000.00 | | 50,000.00 | 50,000.00 | | 50,000.00 | 525,000.00 |
| Less - collections - POs | | | | | (50,000.00) | (275,000.00) | | (50,000.00) | | (50,000.00) | (425,000.00) |
| Ending Balance | 433,515.03 | 490,746.51 | 417,828.48 | 627,924.98 | 672,896.48 | 389,235.00 | 431,885.00 | 417,654.00 | 289,967.00 | 214,967.00 | 214,967.00 |

Explanation of Accounts Receivables

Existing Account Receivables
In House projects/WIP
New Pos/Invoices