# EXHIBIT A

## (Utility Companies)

| UTILITY COMPANY | ACCOUNT NUMBER | TYPE OF UTILITY | UTILITY COMPANY ADDRESS |
|---|---|---|---|
| Constellation New Energy | 1-17FQ1210 | Electric | 9960 Corporate Campus Drive<br>Suite 2000<br>Louisville, KY 40223-4055<br>Phone 502-426-4500 |
| Washington Gas | 2760297859 | Gas | 101 Constitution Avenue NW<br>Washington, DC 20080<br>Phone 202-624-6049 or 703-750-1000<br><br>Washington Gas<br>P.O. Box 37747<br>Philadelphia, PA 19101-5047 |
| Pepco | 2027851811 | Electric | Pepco Correspondence Section<br>701 Ninth Street NW<br>Washington, DC 20068-0001 |
| Cavalier | 2003919 | Telephone | P.O. Box 9001111<br>Louisville, KY 40290-1111 |
| AT&T | 997202265 | Telephone | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60167-6463 |
| Washington Suburban Sanitary Commission | 3575594 | Water | 14501 Sweitzer Lane<br>Laurel, MD 20707 |