## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| OCIMUM BIOSOLUTIONS, INC.[1] | : Case No. 11-13310(BLS) |
| Debtors. | : |
| | : Hearing Date: November 10, 2011 at 11:30 a.m. |
| | Objection Deadline: At the Hearing |
| | Re Docket Nos. 1, 28, 29, 30, 31 |

### NOTICE OF BANKRUPTCY FILING AND DEBTOR'S PRESENTATION OF EMERGENCY MOTIONS TO THE COURT FOR CONSIDERATION

**PLEASE TAKE NOTICE** that on October 17, 2011 the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE NOTICE** that on November 8, 2011 the Debtor filed the following Motions with the Bankruptcy Court (the "Motions"):

1. Emergency Motion For Interim And Final Orders (I)(A) Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363, And (B) Granting Adequate Protection Pursuant To 11 U.S.C. §§ 363 And 364, And (II) Scheduling A Final Hearing Thereon [Docket No. 28] filed November 8, 2011;

2. Debtor's Motion For Order Authorizing Debtor To Continue Using Existing Cash Management System, Business Forms, Bank Accounts [Docket No. 29] filed November 8, 2011;

3. Debtor's Motion For An Order Authorizing The Debtor To Pay Prepetition Wages Authorizing Banks And Other Financial Institutions To Honor All Paychecks [Docket No. 30] filed November 8, 2011; and

4. Debtor's Motion For An Interim And Final Order Pursuant To Sections 105(a) And 366 Of The Bankruptcy Code (I) Approving The Debtor's Proposed Form Of Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests For Additional Adequate Assurance By Utility Companies, And (III) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Utility Services [Docket No. 31] filed November 8, 2011.

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

**PLEASE TAKE FURTHER NOTICE** that in addition to the documents listed above, on November 8, 2011 the Debtor also filed with the Bankruptcy Court the following documents:

1. Declaration of Anuradha Acharya In Support of First Day Pleadings

**PLEASE TAKE FURTHER NOTICE** that electronic copies of the above-referenced documents may be obtained (i) by request to the Debtor's proposed counsel at sambrose@thorpreed.com; or (ii) download from the website of the United States Bankruptcy Court for the District of Delaware www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTIONS WILL BE HELD ON **NOVEMBER 10, 2011 AT 11:30 A.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motions shall be made at the Hearing.

**PLEASE TAKE FURTHER** NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE.

Dated: November 8, 2011
      Wilmington, Delaware

/s/ Jeffrey M. Carbino
Jeffrey M. Carbino (No. 4062)
THORP REED & ARMSTRONG, LLP
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439

PROPOSED ATTORNEYS FOR THE DEBTOR
AND DEBTOR IN POSSESSION