# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OCIMUM BIOSOLUTIONS, INC.[1] | ) Case No. 11-13310 (BLS) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

## NOTICE OF AGENDA AND INDEX OF PLEADINGS FOR HEARING ON DEBTOR'S EMERGENCY MOTIONS SCHEDULED FOR NOVEMBER 10, 2011 AT 11: 30 A.M.

### Related Matters

1. Voluntary Petition of Ocimum Biosolutions, Inc. [Docket No. 1; filed October 17, 2011].

2. Declaration of Anuradha Acharya in Support of First Day Pleadings [Docket No. 33; filed November 8, 2011].

3. Notice of Bankruptcy Filing and Debtor's Presentation of Emergency Motions to the Court for Consideration [Docket No. 32; filed November 8, 2011].

### Emergency Motions Going Forward

4. Emergency Motion for Interim and Final Orders (I)(A) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, and (B) Granting Adequate Protection Pursuant To 11 U.S.C. §§ 363 and 364, and (II) Scheduling a Final Hearing Thereon [Docket No. 28; filed November 8, 2011].

5. Debtor's Motion for Order Authorizing Debtor to Continue Using Existing Cash Management System, Business Forms, Bank Accounts [Docket No. 29; Filed November 8, 2011].

6. Debtor's Motion for an Order Authorizing the Debtor to Pay Prepetition Wages Authorizing Banks and Other Financial Institutions to Honor All Paychecks [Docket No. 30; filed November 8, 2011].

7. Debtor's Motion for an Interim and Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Approving the Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests for Additional Adequate Assurance by Utility Companies, and (III) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Utility Services [Docket No. 31; filed November 8, 2011].

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

Dated: November 8, 2011
       Wilmington, Delaware

                                              */s/ Jeffrey M. Carbino*
                                              Jeffrey M. Carbino (No. 4062)
                                              THORP REED & ARMSTRONG, LLP
                                              824 N. Market Street, Suite 710
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 250-4750
                                              Facsimile: (302) 421-9439

                                              PROPOSED ATTORNEYS FOR THE DEBTOR
                                              AND DEBTOR IN POSSESSION