# SIGN-IN SHEET

**CASE NAME:** OCIMUM BIOSOLUTIONS  
**CASE NO.:** 11-13810  
**COURTROOM NO.:** 1 / JUDGE SHANNON  
**DATE:** NOVEMBER 10, 2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Kremen | DLA Piper | SunTrust |
| Michelle Marino | " | " |
| Jonathan Stemerman | Elliott Greenleaf | BMR So Watkins Miller |
| Jeffrey Carbino | Thorp Reed | |
| G. Marsh | Thorp Reed | |
| Jane Leamy | USTrustees office | USTrustee |
| Joseph Grey | Cross & Simon | Constellation New Energy |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

Calendar Date: 11/10/2011
Calendar Time: 11:30 AM ET

#1

2nd Revision 11/10/2011 07:24 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Ocimum Biosolutions, Inc. | 11-13310 | Hearing | 4576648 | Jeffrey Chubak | (212) 259-8179 Dewey & LeBoeuf LLP | Creditor, Kubera Cross-Border Fund, LP / LIVE |
| | | Ocimum Biosolutions, Inc. | 11-13310 | Hearing | 4580558 | Matthew Riopelle | (619) 234-6655 Foley & Lardner, LLP | Creditor, BMR 50 Watkins Mill / LIVE |