# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Chapter 11 |
|---|---|---|
| OCIMUM BIOSOLUTIONS, INC.[1] | : | Case No. 11-13310(BLS) |
| Debtors. | : | Re: Docket No. _____ |

**ORDER PURSUANT TO 11 U.S.C. §§ 327(A) AND 328(A), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1 AUTHORIZING THE RETENTION AND EMPLOYMENT OF THORP, REED & ARMSTRONG, LLP AS COUNSEL TO THE DEBTOR, *NUNC PRO TUNC* TO THE PETITION DATE**

Upon the application, (the "Application"),[2] of the above-captioned debtor and debtor in possession (the "Debtor"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1 and 2016-1, for entry of an order authorizing and approving the retention and employment of Thorp, Reed & Armstrong, LLP as counsel to the Debtor, *nunc pro tunc* to the Petition Date, and as more fully set forth in the Application; and upon the Carbino Affidavit, a copy of which is attached to the Application as Exhibit B; and upon the Sprang Declaration, a copy of which is attached to the Application as Exhibit C; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§157 and 1334, and consideration of the Application and the relief requested therein being a core proceeding in the Bankruptcy Court pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided as set forth in

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

the Motion, and it appearing that no other or further notice need be provided; and the Court having found and determined that TR&A holds no interest adverse to the Debtor or its estate and is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, that its employment is necessary and in the best interest of the Debtor, its estate, and creditors, and all other parties in interest, and that the terms of TR&A's engagement set forth in the Application and the Carbino Affidavit are reasonable pursuant to section 328(a) of the Bankruptcy Code, and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

It is hereby ORDERED that

1. The Application is granted.

2. Pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, the Debtor is authorized to retain and employ TR&A as its counsel, *nunc pro tunc* to the Petition Date, under an evergreen retainer and in accordance with TR&A's customary hourly rates and reimbursement policies in effect when services are rendered.

3. TR&A shall apply for compensation and reimbursement of expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the applicable Local Rules, the guidelines established by the U.S. Trustee, and any applicable orders of this Court.

4. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

{D0000078}

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2011
      Wilmington, Delaware

 

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE