# EXHIBIT C

**Sprang Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | : Chapter 11 |
| --- | --- |
| OCIMUM BIOSOLUTIONS, INC.[1] | : Case No. 11-13310(BLS) |
| Debtor. | : |

## DECLARATION OF KENNETH A. SPRANG

I, Kenneth A. Sprang, Esquire, hereby certify, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner of the law firm of Cicero, Mehta & Sprang, LLP (the "Firm")

2. The Firm represents Ocimum Biosolutions (India) Ltd. (the "Parent").

3. I prepared this Declaration in support of the Application of Debtor for Entry of Order Pursuant to 11 U.S.C. §§327(a) and 328(a), Fed.R.Bankr.P. 2014 and 2016 and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing the Retention and Employment of Thorp, Reed & Armstrong, LLP as Counsel to the Debtor, Nunc Pro Tunc to the Petition Date.

4. I participated in the negotiations of an agreement pursuant to which our client, the Parent agreed to fund the Debtor's chapter 11 case by wiring a total of One Hundred Forty Thousand ($140,000.00) to TR&A's Delaware IOLTA account to fund a retainer.

5. In addition to its agreement to wire $140,000.00, the Parent agreed to (a) waive any claim it then had or may, in the future, have against the Debtor or its estate (other than its equity interest) and (b) provide additional funding up to the full amount of Thorp Reed &

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

Armstrong's fees and any expenses to the extent that the Debtor is unable to obtain cash collateral and/or DIP financing to fund the Debtor's chapter 11 case.

6. The Parent did not have sufficient funds available as of the Petition Date to fully fund the agreed-upon retainer.

7. Prior to the Petition Date, the Parent guaranteed certain payment obligations of the Debtor to SunTrust Bank, the Kubera Cross-Border Fund and the Debtor's landlord in an amount in excess of Six Million Dollars ($6,000,000.00) as of the Petition Date.

8. The Parent understands that Debtor filed its chapter 11 case for the purpose of selling substantially all of the assets of the Debtor's estate as a going concern or otherwise.

9. Any repayment of the Debtor's obligations to SunTrust Bank, the Kubera Cross-Border Fund and/or the Debtor's landlord will reduce the Parent's payment obligations under its guaranties.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Dated: November 14, 2011
Washington, D.C.

*Kenneth A. Sprang*
Kenneth A. Sprang, Esquire
Cicero, Mehta & Sprang, LLP
1000 Potomac Street, 5th Floor
Washington, DC 20007

Attorneys for Ocimum Biosolutions (India) Ltd.