# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| OCIMUM BIOSOLUTIONS, INC.[1] ) | Case No. 11-13310 (BLS) |
| ) | |
| Debtor. ) | |
| ) | Objection Deadline: November 23, 2011 @ 4:00 p.m. |
| ) | Hearing Date: November 30, 2011 @ 9:30 a.m. |
| ) | |
| ) | Re: Docket Nos. 28 and 41 |
| ) | |

## NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING ON THE DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I)(A) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363 AND (B) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 363 AND 364, AND (II) SCHEDULING A FINAL HEARING THEREON

**PLEASE TAKE NOTICE** that on November 8, 2011, the debtor and debtor in possession (the "Debtor"), in the above-captioned case, filed the Emergency Motion for Interim and Final Orders (I)(A) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363 and (B) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 363 and 364, and (II) Scheduling A Final Hearing Thereon (the "Motion") [Docket No. 28], with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on November 10, 2011, the Bankruptcy Court granted interim relief on the Motion and entered the Stipulation and Consent Order Authorizing Debtor's Interim Use of Cash Collateral and Granting Adequate Protection in Accordance with 11 U.S.C. § 363 and Fed. R.Bank. P. 4001 (the "Interim Order") [Docket No. 41].

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the final relief sought in the Motion must be filed with the Bankruptcy Court on or before **November 23, 2011 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) proposed counsel to the Debtors: Thorp Reed & Armstrong, LLP, 824 N. Market Street, Suite 710, Wilmington, DE 19801, Attn: Jeffrey M. Carbino, Esq.; (ii) the Office of the United States Trustee, United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jane Leamy, Esq.; (iii) counsel for SunTrust Bank: (a) DLA Piper LLP (US), 6225 Smith Avenue, Baltimore, MD 21209, Attn: Richard Kremen, Esq.; (b) DLA Piper LLP (US), 919 N. Market Street, 15th Floor, Wilmington, DE 19801, Attn: Stuart M. Brown, Esq. (iv) counsel for Kubera Cross-Border Fund, LLP: Dewey & Leboeuf LLP, 1301 Avenue of the Americas, New York, NY 10019, Attn: Jeffrey Chubak, Esq.; and (v) counsel to any Committee appointed in this case (the "Notice Parties").

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **NOVEMBER 30, 2011 AT 9:30 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

Dated: November 15, 2011
     Wilmington, Delaware

                                               */s/ Jeffrey M. Carbino*
                                               Jeffrey M. Carbino (No. 4062)
                                               THORP REED & ARMSTRONG, LLP
                                               824 N. Market Street, Suite 710
                                               Wilmington, Delaware 19801
                                               Telephone: (302) 250-4750
                                               Facsimile: (302) 421-9439

                                               PROPOSED ATTORNEYS FOR THE DEBTOR
                                               AND DEBTOR IN POSSESSION