# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OCIMUM BIOSOLUTIONS, INC.[1] | ) Case No. 11-13310 (BLS) |
| | ) |
| Debtor. | ) Re Docket No. 28, 41 |
| | ) |

**NOTICE OF FILING OF PROPOSED FINAL ORDER FOR THE
DEBTOR'S EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (I) (A)
AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, AND
(B) GRANTING ADEQUATE PROTECTION PURSUANT TO 11 U.S. C. §§ 363 AND
364, AND (II) SCHEDULING A FINAL HEARING THEREON**

**PLEASE TAKE NOTICE** that on November 8, 2011, the debtor and debtor in possession (the "Debtor"), in the above-captioned case, filed the *Emergency Motion for Interim and Final Orders (I) (A) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, and (B) Granting Adequate Protection Pursuant to 11 U.S. C. §§ 363 and 364, and (II) Scheduling a Final Hearing Thereon* (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that on November 10, 2011, the Court entered an order granting the relief sought in the Cash Collateral Motion on an interim basis [Docket No. 41] (the "Interim Order").

**PLEASE TAKE FURTHER NOTICE** that on November 23, 2011, the Debtor filed a proposed final order approving the Cash Collateral Motion (the "Proposed Final Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 1 is a copy of the Proposed Final Order. Attached hereto as Exhibit 2 is a copy of the Proposed Final Order that has been redlined against the Interim Order entered by the Court.

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

{01306002}

Dated: November 23, 2011
Wilmington, Delaware

*/s/ Jeffrey M. Carbino*
Jeffrey M. Carbino (No. 4062)
THORP REED & ARMSTRONG, LLP
824 N. Market Street, Suite 710
Wilmington, Delaware 19801
Telephone: (302) 250-4750
Facsimile: (302) 421-9439

PROPOSED ATTORNEYS FOR THE DEBTOR
AND DEBTOR IN POSSESSION

{01306002}