# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OCIMUM BIOSOLUTIONS, INC.[1] | ) Case No. 11-13310 (BLS) |
| | ) |
| Debtor. | ) Re Docket No. 54 |
| | ) |
| | ) |

## NOTICE OF FILING OF REVISED ORDER (A) APPROVING BID PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL THE DEBTORS' ASSETS, (B) SCHEDULING THE AUCTION, (C) SCHEDULING THE SALE HEARING, (D) APPROVING THE ASSUMPTION AND ASSIGNMENT PROCEDURES RELATED TO THE SALE AND (E) APPROVING THE FORM OF THE SALE NOTICE

**PLEASE TAKE NOTICE** that on November 18, 2011, the debtor and debtor in possession (the "Debtor"), in the above-captioned case, filed the *Debtor's Motion For Orders: (I)(A) Approving Bid Procedures For The Sale Of The Debtors Assets, (B) Scheduling The Auction, (C) Scheduling The Sale Hearing And (D) Approving The Form Of The Sale Notice; And (II) (A) Authorizing And Approving The Sale Of Assets Free And Clear Of Liens, Claims, Encumbrances, And Other Interests; (B) The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases Related Thereto; And (C) Granting Related Relief* (the "Motion") which included a proposed order approving the Motion (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that on November 23, 2011, the Debtor filed a revised order approving the Motion (the "Revised Order") which the Debtor will request the Court to enter at the hearing on the Motion scheduled for November 30, 2011 at 9:30 a.m.

---

[1] The last four digits of the Debtor's federal tax identification number are 7707.

**PLEASE TAKE FURTHER NOTICE** that the Revised Order is attached hereto

as <u>Exhibit 1</u>. A blackline comparing the Revised Order and the Proposed Order is attached as

<u>Exhibit 2</u>.

Dated: November 23, 2011
        Wilmington, Delaware

                                             /s/ Jeffrey M. Carbino
                                             Jeffrey M. Carbino (No. 4062)
                                             THORP REED & ARMSTRONG, LLP
                                             824 N. Market Street, Suite 710
                                             Wilmington, Delaware 19801
                                             Telephone: (302) 250-4750
                                             Facsimile: (302) 421-9439

                                             PROPOSED ATTORNEYS FOR THE DEBTOR
                                             AND DEBTOR IN POSSESSION